## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| STEPHANIE C. ROBERTS, | : No. 145 EAL 2024 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| GENESIS FRANKLEEN KOMEAU, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of June, 2024, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner are:

(1) Whether the Superior Court's approach to family law appeals under the collateral order doctrine deprives this Court of judicial review of vital parental rights issues?

(2) Whether judicial review in child custody proceedings remains available after this Court's decision in *J.C.D. v. A.L.R.*, 303 A.3d 425 (Pa. 2023)?

(3) Whether the Superior Court is ignoring the plain language of Rule 313(b) and misapplying its own jurisprudence in quashing family law appeals?

It is further **ORDERED** that the proceedings before the common pleas court are not stayed pending resolution of this appeal. The common pleas court is **INSTRUCTED** to continue with the July 9, 2024 hearing and, in particular, to address the question of Respondent's standing.